IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Donald Darnell and Linda Darnell, | ) | No. CV 11-942-PHX-MHB |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Galaxy Credit, LLC, et al., | ) | |
| Defendants. | ) | |

On May 11, 2011, Plaintiffs filed a Complaint against numerous Defendants. The record having indicated that none of the Defendants have been served and the time for completing service having expired, the Court ordered Plaintiffs to show cause why this action should not be dismissed due to Plaintiffs' failure to serve. To date, Plaintiffs have not responded to the Court's Order or otherwise communicated with the Court. Accordingly, the Complaint and this action will therefore be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that pursuant to Rule 41(b) of the Federal Rules of Civil Procedure this action is dismissed without prejudice.

DATED this 20th day of October, 2011.

Michelle H. Burns
United States Magistrate Judge